JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LOPEZ, | CV 14-6806 PA (SHx) |
| Plaintiff, | JUDGMENT |
| v. | |
| FEDERICO S. ULLOA; JOSEFINA ULLOA, | |
| Defendants. | |

Pursuant to the Court's March 2, Minute Order denying the Motion for Default Judgment filed by plaintiff Daniel Lopez ("Plaintiff") and dismissing this action without prejudice,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: March 2, 2015                    _____

Percy Anderson
UNITED STATES DISTRICT JUDGE